**FILED**
FEB 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR397-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| ARACELI BARRAZA-BARRAZA (1), ) DALIA BARRAZA-BARRAZA (2), ) ) Defendants. ) | |

The United States Attorney charges:

On or about January 15, 2008, within the Southern District of California, defendants ARACELI BARRAZA-BARRAZA and DALIA BARRAZA-BARRAZA, did knowingly and intentionally import approximately 44.72 kilograms (approximately 98.38 pounds), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: 2-14-08.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
1/24/08